IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COLOPLAST CORP.                                                    MDL NO. 2387
    PELVIC SUPPORT SYSTEM
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is Lana K. Varney's, Motion for Change of Address, filed on April 26, 2017 [ECF No. 1263]. In the motion, counsel requests that in the main MDL, and each individual case in which Lana K. Varney appears, the firm name, address and contact information be updated as set forth in the motion.

The court **ORDERS** that the Motion for Change Address is **GRANTED**.

The court **DIRECTS** the Clerk to update the information, as set forth in the Motion, both on the main master docket, and for each individual member case in MDL 2187 with which Lana K. Varney is associated.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 29, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE